# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DAVID T. WARREN,** | ) |
| **Plaintiff,** | ) |
| v. | ) CIVIL ACTION NO. 24-00471-KD-B |
| **WILD 1, INC.,** *et al.*, | ) |
| **Defendants.** | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated March 13, 2025, (Doc. 18), is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff David T. Warren's motion to remand, (Doc. 11), is **GRANTED**.

This action is **REMANDED** to the Circuit Court of Mobile County, Alabama.

**DONE** and **ORDERED** this the **31st** day of **March 2025**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**