**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **DAVID T. WARREN,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | )    **CIVIL ACTION NO. 24-00471-KD-B** |
| | ) |
| **WILD 1, INC.,** *et al.*, | ) |
| | ) |
|     **Defendants.** | ) |

**JUDGMENT**

In accordance with the order issued on this date, it is **ORDERED, ADJUDGED,** and **DECREED** that this action is **REMANDED** to the Circuit Court of Mobile County, Alabama, from whence it came.

**DONE** and **ORDERED** this the **31st** day of **March 2025**.

    /s/ Kristi K. DuBose
    **KRISTI K. DuBOSE**
    **UNITED STATES DISTRICT JUDGE**